FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

2015 MAY 28  AM 11: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Nilathia D Johnson,
  Plaintiff

v.   Case No. 3:15-CV-659-J-25JBT
     (To be assigned by Clerk of District Court)

Judge Waddell Wallace,
  Defendant(s)

# COMPLAINT

I. State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   14th constitutional amendment- deprivation of right
   And 5th constitutional amendment- due process were both violated

II. Plaintiff, Nilathia D Johnson is a citizen of <u>Florida</u> and is domiciled at 1031 East 24th Street, Jacksonville, FL 32206 in the county of Duval

III. Defendant(s),

   Judge Waddell Wallace its business is located at 501 West Adams St, Jacksonville, Florida 32202

IV. Venue

   Where did the events giving rise to this claim take place? Jacksonville, Florida Courthouse

V. Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates and places. Take time to organize your statement. Each fact should be a separate sentence, and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

1. On October 7, 2013, I Nilathia Johnson appeared as PRO SE and defendant Thomas J. Price appear with attorney Sarber L. Johnson111 in front of Judge Wallace on account of the defendant Thomas J. Price struck plaintiff vehicle. Judge Wallace order that plaintiff did not show her traffic ticket which in fact that evidence would have showed that plaintiff was not the cause of the accident, Plus he ruled on a judgement that represented the insurance company which in fact neither plaintiff nor defendant was able to mention. While evidence pointed in favor of the plaintiff Nilathia Johnson, the judge dismissed the jury! Due to that fact the plaintiff was not giving Due Process, the judge used slick loop holes to grant the defendant a direct verdict in his favor. The main loop hole was the plaintiff Nilathia Johnson was being prejudice for not showing the defendant her medical bills.

2. The defendant and his lawyer have procedures to follow under state and federal rules. The defendant only sent out objection letter. On September the 25th 2013, Judge Jack Schemer order to stop all objection letters on and send an admission of request to plaintiff which the defendant never did.

3. After reviewing the medical records the judge decided not to take the medical bills because defendant did not see but the judge said he see where he can take the medical bill but will not and called the plaintiff prejustice for not giving her medical bills to the defendant. In the state of Florida, prejudice is harm or injury that results or may result from some action or judgment of a fair trial.

4. On September 15, 2013 that same judge rejected the relief of final judgement. He made it impossible to appeal at a higher court level.

5. The judge told Nilathia Johnson that she will never be compensated in his courtroom also that Nilathia Johnson will not be compensated with Florida no fault Law either.

specifically the wrongful conduct, action, or failure to act. Be as specific as possible. Take time to organize your statement. It is not necessary to make legal arguments, or to cite cases or statutes. You may use additional paper if necessary):

1. Violation of Constitutional right and a Due Process.
2. The judge dismisses the jury causing plaintiff not to be entitled to a fair trial, by law we all are entitled to a fair trial.
3. See attachment on The Florida Jury: Seek Justice For Them All

VII. Relief: State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

VIII. I nilathia Johnson the plaintiff would like for the federal court to grant her the 14th amendment and a lone with the 5th Due Process to be able to recovery from the defendant for his action and the insurance company.

V1111 Money damages:

Do you claim either actual or punitive monetary damages for the acts alleged in this complaint? Yes

> Including pain and suffering, I'd want to claim $50,000. A portion is for medical bills and the pain of not being able to go to school, plus a place to stay of my own and not having viable transportation.

IX. Jury Trial Demand

Are you seeking a jury trial in this case? Yes

X. Additional Information:

Truthfully, at the time of the car accident, I was given the ticket for turning when unsafe. I was making a right turn at a stop sign. The defendant came into the oppressing lane struck plaintiff vehicle. The ticket was dismiss with lawyer **Gibson Law Office** at 9408 Arlington expressway Jacksonville Fl. 32225 **(904) 723-0001)**. **Officer Palmer was there to clarify that the defendant did indeed the plaintiff vehicle. He was the first arrival officer and the fire engine was the first arrival for the recuse team. I have another witness who can verify that the defendant did strike plaintiff vehicle.  I need Thomas J. Price and his insurance to cover the damages immediately. The judge needs to be sued as well for wrongfully throwing out my case.**

_____  
Signature of Plaintiff  
1031 East 24th Street  
904-619-3970  
nilathiajohnson@gmail.com

5/28/2015  
Date